# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0777

VERSUS

JEAN P. WALSTON

**NOVEMBER 3, 2025**

---

In Re:    Jean P. Walston, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-17-0511.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The district court is ordered to act, if it has not already done so, on relator's application for postconviction relief, filed October 23, 2023, on or before December 5, 2025. A copy of the district court's action shall be filed in this court on or before December 12, 2025.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT